# Federal Defenders
## OF NEW YORK, INC.

Southern District
300 Quarropas Street, Room 260
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124  Fax: (914) 997-6872

David E. Patton
*Executive Director
and Attorney-in-Chief*

Susanne Brody
*Attorney-in-Charge
White Plains*

December 18, 2019

**BY ECF**
Honorable Judge Vincent L. Bricccetti
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

RE: **United States v. Elijah Wilson**
19 Cr. 685 (VB)

APPLICATION GRANTED
SO ORDERED:

Vincent L. Briccetti, U.S.D.J.
Dated: 12/19/19
White Plains, NY

Honorable Judge Briccetti:

On behalf of Mr. Wilson, and with no objection from the Government, I write to respectfully request that the Court modify Mr. Wilson's pretrial release conditions to remove the condition of electronic monitoring and home detention. Mr. Wilson's Pretrial Services Officer Leo Barrios is in full agreement with this request.

On July 10, 2019, Magistrate Judge Lisa Margaret Smith imposed bail conditions, including: $200,000 PRB; 3 FRP'S; Travel Limited to SDNY/EDNY; Surrender Travel Documents (& No New Applications); Pretrial Supervision as Directed by PTS; Home Detention; GPS. Mr. Wilson was ordered detained until all conditions are met. He was then released to 17 Ridge Ave, Spring Valley, NY to reside with his aunt Jennifer Wilson.

Since July Mr. Wilson has adhered to his bail conditions. Mr. Wilson is scheduled to start Auto Service Technician courses at Rockland BOCES on January 2, 2020. By getting rid of his location monitoring condition, Mr. Wilson will able to pursue his education. US Pretrial Services Officer, Leo Barrios, has stated that Pretrial Services has no objection to this request. AUSA James Alan Ligtenberg has stated that the Government also has no objection.

Thank you for your attention to this matter.

Respectfully submitted,

/s/ Mark Gombiner

Mark Gombiner, Esq.
Assistant Federal Defender
(212) 417-8718

SO ORDERED:

_____
HONORABLE VINCENT L. BRICCETTI
United States District Judge

cc:   AUSA James Alan Ligtenberg