UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :     **ORDER**
v.                                :
                                  :     S1 19 CR 685 (VB)
MARK GARCIA and                   :
ELIJAH WILSON,                    :
                      Defendants. :
--------------------------------------------------------x

A status conference in this matter is scheduled for May 20, 2020, at 2:30 p.m. Because of the current public health emergency, the Court will conduct the conference by telephone conference call, provided that defendants waive their right to be physically present and consent to appear by telephone after consultation with counsel.

Accordingly, it is hereby ORDERED:

1. By May 15, 2020, defense counsel shall advise the Court in writing as to whether their clients waive their right to be physically present and consent to appear by telephone.

2. At the time of the scheduled hearing, counsel and defendants shall attend by calling the following number and entering the access code when requested:

**Dial-In Number**:    **(888) 363-4749 (toll free) or (215) 446-3662**
**Access Code:**        **1703567**

Dated: May 11, 2020
       White Plains, NY                    SO ORDERED:

                                           _____
                                           Vincent L. Briccetti
                                           United States District Judge

1