UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA        :
                                                  :   **ORDER**
v.                              :
                                                  :   S1 19 CR 685 (VB)
MARK GARCIA and                 :
ELIJAH WILSON,                  :
                          Defendants.   :
--------------------------------------------------------x

       As discussed at a telephone conference held today, attended by all counsel and defendants Mark Garcia and Elijah Wilson, it is HEREBY ORDERED:

       1.      For the reasons stated on the record, defendant Garcia's pre-trial motions were resolved.

       2.      The next status conference in this matter is scheduled for July 10, 2020, at 2:30 p.m., which the Court expects to conduct by telephone conference. By July 3, 2020, counsel for defendants shall consult with their clients and advise the Court in writing whether defendants each waive their right to be physically present and consent to proceed by telephone conference.

       **Dial-In Number**:    **(888) 363-4749 (toll free) <u>or</u> (215) 446-3662**
       **Access Code:**        **1703567**

Dated: May 20, 2020
       White Plains, NY                SO ORDERED:

                                                          _____
                                                          Vincent L. Briccetti
                                                          United States District Judge