UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA           :
                                   :     **ORDER**
v.                                 :
                                   :     S1 19 CR 685 (VB)
MARK GARCIA and                    :
ELIJAH WILSON,                     :
                    Defendants.    :
--------------------------------------------------------------x

As discussed at a telephone conference held today, attended by all counsel and defendants Mark Garcia and Elijah Wilson, it is HEREBY ORDERED:

The next status conference in this matter is scheduled for October 7, 2020, at 11:00 a.m., which the Court expects to conduct by telephone conference. By September 30, 2020, counsel for defendants shall consult with their clients and advise the Court in writing whether defendants each waive their right to be physically present and consent to proceed by telephone conference.

**Dial-In Number**:   (888) 363-4749 (toll free) **or** (215) 446-3662
**Access Code:**      1703567

Dated: July 10, 2020
       White Plains, NY           SO ORDERED:

                                  _____
                                  Vincent L. Briccetti
                                  United States District Judge

1