UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA,

v.

MARK GARCIA, and ELIJAH WILSON,
                Defendants.

--------------------------------------------------------------x

**ORDER**

19 CR 685 (VB)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/2/2020

   **The telephonic status conference in this matter currently scheduled for October 7, 2020, at 11:00 a.m., has been re-scheduled for October 7, 2020, at <u>12:00 p.m.</u>**

   At the time of the scheduled hearing, all counsel and defendants shall attend by calling the following number and entering the access code when requested:

   **Dial-In Number**:  (888) 363-4749 (toll free) <u>or</u> (215) 446-3662

   **Access Code:**   1703567

Dated: October 2, 2020
     White Plains, NY

                  SO ORDERED:

                  _____
                  Vincent L. Briccetti
                  United States District Judge