```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/2/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA,

v.

MARK GARCIA, and ELIJAH WILSON,
              Defendants.

--------------------------------------------------------------x

**ORDER**

19 CR 685 (VB)

       The telephonic status conference in this matter currently scheduled for October 7, 2020, at 11:00 a.m., has been re-scheduled for October 7, 2020, at **3:30 p.m.**

       At the time of the scheduled hearing, all counsel and defendants shall attend by calling the following number and entering the access code when requested:

       **Dial-In Number:**    (888) 363-4749 (toll free) **or** (215) 446-3662

       **Access Code:**    1703567

Dated: October 2, 2020
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge