UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA,

v.

MARK GARCIA and ELIJAH WILSON,
               Defendants.
--------------------------------------------------------------x

**ORDER**

S1 19 CR 685 (VB)

      For the reasons stated on the record at today's telephone conference, attended by counsel for all parties and by both defendants, the schedule for trial and pretrial submissions is as follows:

    1.    Rule 404(b) evidence shall be disclosed by no later than January 29, 2021.

    2.    Motions in limine (including any government motion to admit Rule 404(b) evidence), shall be filed by January 29, 2021. Opposition to any motions in limine shall be filed by February 12, 2021. No replies will be permitted.

    3.    Proposed voir dire and requests to charge shall be filed by February 12, 2021. The parties are encouraged, to the extent possible, to agree on requests to charge.

    4.    On the consent of the government, 3500 material and <u>Giglio</u> material shall be produced by February 12, 2021.

    5.    Marked government case-in-chief exhibits shall be produced by February 12, 2021.

    6.    A final pre-trial conference is scheduled for February 24, 2021 at 4:00 p.m. The Court expects to conduct this conference in person.

    7.    Jury selection and trial are tentatively scheduled for March 1, 2021, at 10:00 a.m.

    8.    Time is excluded under the Speedy Trial Act in the interests of justice through February 24, 2021.

Dated: October 7, 2020
       White Plains, NY

SO ORDERED:

*Vincent L. Briccetti* (signature)
Vincent L. Briccetti
United States District Judge