UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA,                         :
                                                  :
v.                                                :     **ORDER**
                                                  :
ELIJAH WILSON,                                    :     S1 19 CR 685-2 (VB)
                    Defendant.                    :
--------------------------------------------------------------x

     By Order dated October 7, 2020 (Doc. #62), the Court tentatively scheduled this case for trial on March 1, 2021.

     As a result of the scheduling protocols adopted by the Court, the parties are advised that **the case is now scheduled for jury selection and trial on March 3, 2021.** This is a firm trial date. All other dates and deadlines included in the October 7 order remain the same.

     Recently, co-defendant Mark Garcia informed the Court that he intends to plead guilty, and his change of plea hearing is scheduled for April 21, 2021. Thus, this scheduling change applies to defendant Elijah Wilson only.

Dated: January 15, 2021
       White Plains, NY

                                                 SO ORDERED:

                                                 _____
                                                 Vincent L. Briccetti
                                                 United States District Judge